# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1893
_____

Anthony C. Kenney,                               *
                                                 *
            Appellant,                           *
                                                 *
      v.                                          *   Appeal from the United States
                                                 *   District Court for the Eastern
AFCO Steel, Inc.; Joe Brown, Director,           *   District of Arkansas.
                                                 *
            Appellees.                           *          [UNPUBLISHED]
                                     _____

Submitted:  August 7, 2002

Filed:  August 22, 2002
                                     _____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
      Judges.
                                     _____

PER CURIAM.

      Anthony Kenney appeals from the district court's[1] adverse judgment in his race-discrimination suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.  Having carefully reviewed the record, we affirm for the reasons stated by the district court.  See 8th Cir. R. 47B.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.